## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Leaf Funding, Inc. V. City Realtors, Inc.
d/b/a REMAX City Realtors, Henry Sakowski and
Mariusz Lata

Case Number:
FILED:   JUNE 26 , 2008
08CV3649
JUDGE GETTLEMAN
MAGISTRATE JUDGE COLE
NF

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Leaf Funding Inc.

| NAME (Type or print) |
| --- |
| Michael H. McColl |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Michael H. McColl |
| FIRM |
| Foran Glennon Palandech & Ponzi PC |
| STREET ADDRESS |
| 150 South Wacker Drive, Suite 1100 |
| CITY/STATE/ZIP |
| Chicago, IL  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6225588 | (312) 863-5000 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐