AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

LEAF FUNDING, INC.

|  |  |
|---|---|
| | CASE NUMBER:  08CV 3649 |
| V. | ASSIGNED JUDGE:  JUDGE GETTLEMAN |
| CITY REALTORS, INC. d/b/a REMAX CITY REALTORS, HENRY SAKOWSKI and MARIUSZ LATA, | DESIGNATED MAGISTRATE JUDGE:  MAGISTRATE JUDGECOLE |

TO: (Name and address of Defendant)

City Realtors, Inc.
c/o Registered Agent
Mariusz Lata
6900 West Belmont Avenue
Chicago, IL 60634

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael H. McColl
Foran Glennon Palandech & Ponzi PC
150 South Wacker Drive, Suite 1100
Chicago, IL  60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_Nadine Hirley_

**(By) DEPUTY CLERK**

**June 26, 2008**

Date

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE<br>June 30, 2008 |
|---|---|
| NAME OF SERVER *(PRINT)*<br>Frances Corbett | TITLE |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant.  Place where served: _____

_____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

_____

_____

G   Other (specify):  Served certified mail, return receipt requested to Defendant

    City Realtors, Inc. c/o Registered Agent Mariusz Lata,

    6900West Belmont Avenue, Chicago, IL  60634

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES  Certified Mail<br>Return Receipt Requested | TOTAL<br>$7.09 |
|---|---|---|

### DECLARATION OF SERVER

      I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 30, 2008 _____
             Date                  *Signature of Server*

           150 South Wacker Drive, Suite 1100
           Chicago, IL  60606
           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
                             ☐ Addressee

B. Received by (*Printed Name*)    C. Date of Delivery

1. Article Addressed to:

City Realtors, Inc.
c/o Mariusz Lata
6900 West Belmont Avenue
Chicago, IL  60634

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)          ☐ Yes

2. Article Number
   (*Transfer from service label*)    7006 3450 0002 6244 3459

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540