DOY/cmc/461333                                                    8773-1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEAF FUNDING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:08-cv-03649 |
| ) | |
| CITI REALTORS, INC. d/b/a REMAX ) | |
| CITY REALTORS, HENRY SAKOWSKI ) | |
| and MARIUSZ LATA, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ENTRY OF MEMORANDUM OF JUDGMENT

Judgment Creditor, Leaf Funding, Inc., by and through its attorneys, Tressler, Soderstrom, Maloney & Priess, LLP, moves this Honorable Court for entry of Memorandum of Judgment against Henry Sakowski.

                LEAF FUNDING, INC.

                By: _____/s/David O. Yuen_____
                        One of the Attorneys for Plaintiff

John M. O'Driscoll
David O. Yuen
Tressler, Soderstrom, Maloney & Priess, LLP
Attorneys for Plaintiff
233 South Wacker Drive
Sears Tower, 22nd Floor
Chicago, IL 60606-6399
(312) 627-4000