**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LEAF FUNDING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No.: 1:08-cv-03649 |
| CITI REALTORS, INC. d/b/a REMAX | ) | |
| CITY REALTORS, HENRY SAKOWSKI | ) | |
| and MARIUSZ LATA, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ENTRY OF MEMORANDUM OF JUDGMENT**

Judgment Creditor, Leaf Funding, Inc., by and through its attorneys, Tressler, Soderstrom,

Maloney & Priess, LLP, moves this Honorable Court for entry of Memorandum of Judgment

against Mariusz Lata.

LEAF FUNDING, INC.

By: _____ /s/David O. Yuen _____

One of the Attorneys for Plaintiff

John M. O'Driscoll
David O. Yuen
Tressler, Soderstrom, Maloney & Priess, LLP
Attorneys for Plaintiff
233 South Wacker Drive
Sears Tower, 22nd Floor
Chicago, IL 60606-6399
(312) 627-4000