DOY/cmc/ 8773-1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEAF FUNDING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No.: 1:08-cv-03649 |
| CITI REALTORS, INC. d/b/a REMAX CITY ) | |
| REALTORS, HENRY SAKOWSKI and MARIUSZ ) | |
| LATA, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OF JUDGMENT

On October 28, 2008 judgment was entered in this court in favor of the plaintiff Leaf Funding, Inc. and against defendant Mariusz Lata whose address is 6622 Cochise Drive, Indian Head Park, Illinois 60525 in the amount of $84,215.75.

JUNE 16, 2009

Robert W. Gottleman
Judge        Judge's No.

John M. O'Driscoll
David O. Yuen
Tressler, Soderstrom, Maloney & Priess, LLP
Attorney for: Plaintiff
Sears Tower, 22nd Floor
233 S. Wacker Drive
Chicago, IL 60606
(312) 627-4000