DOY/cmc/#461161          8773-1

C4

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| LEAF FUNDING, INC., ) | |
|     Plaintiff, ) | |
| v. ) | Civil Action No.: 1:08-cv-03649 |
| CITI REALTORS, INC. d/b/a REMAX ) CITY REALTORS, HENRY SAKOWSKI ) and MARIUSZ LATA, ) | |
|     Defendants. ) | |

## MEMORANDUM OF JUDGMENT

On October 28, 2008 judgment was entered in this court in favor of the plaintiff Leaf Funding, Inc. and against defendant Henry Sakowski whose address is 702 S. River Road, Naperville, Illinois 60540 in the amount of $84,215.75.

_____
Robert W. Gottleman

JUNE 16, 2009

Judge          Judge's No.

John M. O'Driscoll
David O. Yuen
Tressler, Soderstrom, Maloney & Priess, LLP
Attorney for: Plaintiff
Sears Tower, 22nd Floor
233 S. Wacker Drive
Chicago, IL 60606
(312) 627-4000